## LAÓ FIGUEROA ET AL., RECURRENTE, *v.* EL REGISTRADOR DE CAGUAS, RECURRIDO.

RECURSO gubernativo interpuesto contra nota del Registrador de la Propiedad de Caguas denegando la inscripción de una escritura de compraventa.

No. 447.—Resuelto en enero 19, 1920.

ESTADO CIVIL DEL VENDEDOR AL ADQUIRIR LA FINCA—DEFECTO SUBSANABLE.—Constituye defecto subsanable el no acreditarse el estado civil del vendedor al tiempo de adquirir la finca aun cuando concurra al otorgamiento acompañado de ''su esposa.''

MEDIDA SUPERFICIAL—CONTRADICCIÓN EN LA MEDIDA SUPERFICIAL.—Cuando existe discrepancia entre la medida superficial asignada al inmueble en la escritura y la que tiene según el registro, procede la inscripción haciéndose constar tal circunstancia como un defecto subsanable.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. A. Mena.*

El registrador recurrido no compareció.

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del tribunal.

José Morales y su esposa vendieron a José Laó Figueroa y a Leocadia Rodríguez una finca urbana situada en Caguas. Presentada la escritura creditiva de dicho contrato en el registro de la propiedad, el registrador se negó a inscribirla ''porque no constando del registro el estado civil que tenía el vendedor al adquirir la finca, ni habiéndose acreditado dicho estado por medio de prueba procedente en derecho, no es posible determinar el carácter legal de la misma cuando tuvo lugar dicha adquisición, y por tanto la capacidad de José Morales García para disponer de ella como bien propio, siendo inmaterial el hecho de concurrir hoy en la escritura con su esposa; pues no existe presunción de que uno que está hoy casado con determinada persona lo estuviera con la misma en cierta fecha del pasado.'' El Registrador apuntó además el defecto subsanable de aparecer una contradicción entre la medida superficial del solar según la escritura y

según las inscripciones del mismo ya practicadas en el registro.

Contra la nota del registrador apelaron los compradores, y así el asunto fué elevado a este tribunal.

A nuestro juicio el defecto apuntado por el registrador existe, pero es de naturaleza subsanable de acuerdo con la jurisprudencia establecida por esta Corte Suprema en los casos de *López* v. *Registrador de San Juan,* 24 D. P. R. 415; *Delgado* v. *Registrador de San Germán,* 23 D. P. R. 704, y *Ortiz* v. *Registrador de San Germán,* 23 D. P. R. 702.

Según la escritura el solar tiene doscientos metros cuadrados de superficie y según las inscripciones previas del mismo en el registro doscientas veinte y cuatro. La diferencia es clara y no vemos que cometiera error el registrador al consignarla como defecto subsanable, defecto que, según el procedimiento en vigor, no impide la inscripción del documento.

En consecuencia de todo lo expuesto, debe ordenarse al registrador que inscriba la escritura de que se trata, con los defectos subsanables de que se deja hecho mérito.

> *Revocada la nota y ordenada la inscripción con los defectos apuntados por el registrador, consignando ambos como defectos subsanables.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, Aldrey y Hutchison.